RAGAN *v.* SMITH.

ATKINSON, J. In the bill of exceptions the only assignment of error is upon a judgment sustaining a general and special demurrer to a caveat to a petition for probate of a will in solemn form, and similar demurrers to an amendment to the petition that was allowed subject to demurrer. The motion to dismiss the bill of exceptions upon the ground that it was prematurely obtained must be sustained. *Murphy* v. *Murphy,* 147 *Ga.* 175 (93 S. E. 89). *Writ of error dismissed. All the Justices concur.*

*Knight & Patterson,* for plaintiff in error.

*Porter & Mebane,* contra.

